Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

July 17, 2024

By: _____ Ravi Subramanian, Clerk
_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PATRICK MCDONAGH<br>MATTHEW MCDONAGH,<br><br>Defendants. | NO. CR24-120 JHC<br><br>INDICTMENT |

The Grand Jury charges that:

### COUNT 1

### (Conspiracy to Commit Wire Fraud)

**A.    Overview**

1.  PATRICK MCDONAGH and MATTHEW MCDONAGH are Irish nationals who travelled around the United States claiming they were contractors. They approached victims and falsely claimed the victims' homes needed urgent repairs. They used false representations and promises to persuade victims to pay them exorbitant amounts of money for repairs that were not necessary and that the defendants did not finish or performed poorly.

Indictment - 1
*United States v. McDonagh*
USAO No. 2024R00360

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. PATRICK MCDONAGH and MATTHEW MCDONAGH targeted at least one victim within the Western District of Washington, Victim 1. Victim 1 lives in King County, Washington. PATRICK MCDONAGH and MATTHEW MCDONAGH falsely told Victim 1 he had a hole in his roof and a crack in his foundation. PATRICK MCDONAGH and MATTHEW MCDONAGH demanded Victim 1 pay hundreds of thousands of dollars over the course of several weeks for roofing, foundation, and cement work. PATRICK MCDONAGH and MATTHEW MCDONAGH performed some work to convince Victim 1 to pay them more and more money.

3. PATRICK MCDONAGH and MATTHEW MCDONAGH did not repair a hole in Victim 1's roof or fix a crack in Victim 1's foundation, as PATRICK MCDONAGH and MATTHEW MCDONAGH claimed they would. Based on the defendants' misrepresentations, Victim 1 nevertheless paid them a total of $435,000, including one $200,000 wire transfer for "building materials."

4. PATRICK MCDONAGH and MATTHEW MCDONAGH targeted other victims, including victims in Oregon and Illinois with the contractor scheme. As with Victim 1, PATRICK MCDONAGH and MATTHEW MCDONAGH charged these victims money for construction work they did not perform or performed poorly.

5. In total, PATRICK MCDONAGH and MATTHEW MCDONAGH defrauded victims of at least approximately $489,500.

### B. The Conspiracy

6. Beginning at a time unknown but not later than in or about September 2023 and continuing through at least June 2024, in Snohomish County, within the Western District of Washington, and elsewhere, the defendants, PATRICK MCDONAGH and MATTHEW MCDONAGH, together with others known and unknown, did conspire, confederate and agree, together and with each other, to commit the offense of wire fraud in violation of Title 18, United States Code, Section 1343.

Indictment - 2
United States v. McDonagh
USAO No. 2024R00360

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7. That is, PATRICK MCDONAGH and MATTHEW MCDONAGH, together with others known and unknown, with intent to defraud, agreed to knowingly devise a scheme and artifice to defraud, and to obtain money and property, by means of materially false and fraudulent pretenses, representations, and promises. To execute and attempt to execute the scheme and artifice to defraud, PATRICK MCDONAGH and MATTHEW MCDONAGH, together with others known and unknown, knowingly transmitted, and caused to be transmitted by wire communication in interstate and foreign commerce, writings, signs, signals, pictures and sounds, and aided and abetted others to do the same. Those wires originated in the Western District of Washington and traveled interstate.

8. The object of the conspiracy was to use false promises and pretenses to fraudulently obtain money and property of value from victims, including Victim 1, Victim 2, Victim 3, Victim 4, and Victim 5.

***Manner and Means***

The following conduct was part of the conspiracy:

*A.    The McDonaghs Convinced Victim 1 to Pay them $435,000*

9. On or about January 11, 2024, MATTHEW MCDONAGH approached the home of Victim 1, who lives in Shoreline, Washington.

10. MATTHEW MCDONAGH falsely claimed that he was performing construction work in Victim 1's neighborhood, and further falsely stated that he had observed a hole in Victim 1's roof. MATTHEW MCDONAGH offered to inspect the roof for Victim 1.

11. MATTHEW MCDONAGH inspected the roof and returned with a shingle purporting to show damage to the roof. Victim 1's roof had been repaired several years earlier; the roof did not need urgent repair. The shingle did not come from Victim 1's roof, but instead was a prop MATTHEW MCDONAGH used to persuade Victim 1 that

Indictment - 3
*United States v. McDonagh*
USAO No. 2024R00360

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the roof was damaged. MATTHEW MCDONAGH told Victim 1 that MATTHEW MCDONAGH and others could repair the roof.

12. PATRICK MCDONAGH was another supposed contractor who told VICTIM 1 he worked with MATTHEW MCDONAGH.

13. Victim 1 observed PATRICK MCDONAGH and MATTHEW MCDONAGH together. PATRICK MCDONAGH directed Victim 1 how to transfer money from his financial accounts to cover the cost of the supposed repairs. MATTHEW MCDONAGH collected money from Victim 1 and cashed the checks. In at least one instance, Victim 1 observed PATRICK MCDONAGH and MATTHEW MCDONAGH discussing how to convince Victim 1 to pay them more money.

14. MATTHEW MCDONAGH, PATRICK MCDONAGH, or a co-conspirator directed Victim 1 to write MATTHEW MCDONAGH a check for the work on the roof. Victim 1 wrote MATTHEW MCDONAGH a check for $15,000, which MATTHEW MCDONAGH promptly cashed.

15. In addition to a hole in his roof, MATTHEW MCDONAGH and PATRICK MCDONAGH falsely claimed that Victim 1 had a crack in his foundation that was damaging his house and needed urgent repair. MATTHEW MCDONAGH and PATRICK MCDONAGH told Victim 1 that they would use a titanium tie rod system to fix the foundation.

16. MATTHEW MCDONAGH and PATRICK MCDONAGH did not install a titanium tie rod system as promised and did not repair the foundation. Instead, MATTHEW MCDONAGH and PATRICK MCDONAGH directed others to dig a trench around Victim 1's foundation and in Victim 1's yard, which gave Victim 1 the impression that they were performing expensive work on his foundation.

17. MATTHEW MCDONAGH and PATRICK MCDONAGH demanded more and more money for the work they claimed they were performing. Over the course of the

Indictment - 4
*United States v. McDonagh*
USAO No. 2024R00360

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

scheme, between approximately January 11, 2024 and January 24, 2024, defendants persuaded Victim 1 to write MATTHEW MCDONAGH approximately twelve checks worth $235,000. MATTHEW MCDONAGH cashed each check at a bank branch located in Snohomish County, within the Western District of Washington.

18. In at least one instance, PATRICK MCDONAGH and MATTHEW MCDONAGH or a co-conspirator directed Victim 1 to wire funds to pay for "building materials."

19. On January 25, 2024, defendants and others known and unknown caused Victim 1 to wire $200,000 from a bank account in his name to a third-party's bank account. Victim 1 initiated the wire from King County, Washington, within the Western District of Washington, and the wire terminated outside of Washington. A note accompanying the wire transmission stated that the purpose of the payment was for "building materials."

20. Contrary to PATRICK MCDONAGH's and MATTHEW MCDONAGH's representations, the $200,000 wire transfer was not for building materials. PATRICK MCDONAGH and MATTHEW MCDONAGH did not use $200,000-worth of building materials on Victim 1's home.

21. In total, based on their misrepresentations and false statements, Victim 1 paid PATRICK MCDONAGH and MATTHEW MCDONAGH at least approximately $435,000 believing that he was paying for home repairs. The actual value of the work done on Victim 1's home was a small fraction of the $435,000 the McDonaghs' charged Victim 1.

B. *The McDonaghs Targeted Other Victims.*

22. PATRICK MCDONAGH and MATTHEW MCDONAGH defrauded other victims in other districts using the same scheme they used to defraud Victim 1. For example, PATRICK MCDONAGH falsely informed Oregon residents Victims 2 and 3

Indictment - 5
*United States v. McDonagh*
USAO No. 2024R00360

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

that he was affiliated with a legitimate local construction company with the initials CKCR, when in fact PATRICK MCDONAGH had no relationship to that company. PATRICK MCDONAGH charged Victims 2 and 3 approximately $22,500 for a foundation repair. PATRICK MCDONAGH did not complete the work as promised.

23. As another example, PATRICK MCDONAGH falsely told Oregon resident Victim 4 that he was affiliated with the CKCR construction company. PATRICK MCDONAGH convinced Victim 4 to pay him and others $29,000 for foundation work and building materials. Later inspection revealed that any work done was unnecessary, and the whole repair job should have cost less than $2,000.

24. As another example, MATTHEW MCDONAGH and others known and unknown, falsely claimed to Illinois resident Victim 5 that they could re-pave Victim 5's driveway and build a retaining wall, and that the work would cost approximately $99,000. Victim 5 paid MATTHEW MCDONAGH and others known and unknown at least approximately $75,000. MATTHEW MCDONAGH and others began the work, but it was poorly done and damaged Victim 5's home. The value of the work done was significantly less than what Victim 5 paid.

C. *The Scheme Involved Wire Communications.*

25. PATRICK MCDONAGH's and MATTHEW MCDONAGH's conspiracy involved the use of interstate wire transmissions. As noted above, PATRICK MCDONAGH, MATTHEW MCDONAGH, or a co-conspirator instructed Victim 1 to wire, to a location outside of Washington, $200,000 in funds, purportedly to cover the cost of "building materials."

26. PATRICK MCDONAGH and MATTHEW MCDONAGH also directed Victim 1 to pay them in checks, which MATTHEW MCDONAGH cashed at a bank located in Snohomish County, within the Western District of Washington. Each check

Indictment - 6
*United States v. McDonagh*
USAO No. 2024R00360

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Indictment - 6
*United States v. McDonagh*
USAO No. 2024R00360

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

cash transaction involved a reasonably foreseeable interstate wire transmission from the Western District of Washington to a server located outside of Washington state.

All in violation of Title 18, United States Code Sections 1349 and 2.

## COUNTS 2-4

### (Wire Fraud)

27. The Grand Jury incorporates by reference Paragraphs 1-26 of this Indictment as if fully set forth herein.

28. Beginning at a time unknown, but not later than on or about September 2023, and continuing through at least June 2024, in King County, within the Western District of Washington, and elsewhere, PATRICK MCDONAGH and MATTHEW MCDONAGH, and others known and unknown, with the intent to defraud, knowingly devised, participated in, and executed a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, as further described below.

29. The essence of the scheme and artifice to defraud is described above in Paragraphs 1 through 26, which are incorporated herein by reference.

30. On or about the dates set forth below, in Snohomish County, within the Western District of Washington, and elsewhere, for the purpose of executing and attempting to execute this scheme and artifice to defraud, PATRICK MCDONAGH and MATTHEW MCDONAGH and others, aiding and abetting each other, did knowingly transmit and cause to be transmitted, by wire communication in interstate and foreign commerce, the following writings, signs, signals, pictures, and sounds, each transmission of which constitutes a separate count of this Indictment. Each wire was a foreseeable part of the scheme and artifice to defraud. Each of the following offenses was committed in furtherance of, and was a foreseeable part of, the conspiracy charged in Count 1 of this Indictment.

Indictment - 7
United States v. McDonagh
USAO No. 2024R00360

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Count | On or about date | Wire |
|---|---|---|
| 2 | January 22, 2024 | MATTHEW MCDONAGH cashes BECU check number 10269 for $20,000, causing information to travel from a BECU branch located within the Western District of Washington to a server located in another state. |
| 3 | January 22, 2024 | MATTHEW MCDONAGH cashes BECU check number 10270 for $20,000, causing information to travel from a BECU branch located within the Western District of Washington to a server located in another state. |
| 4 | January 24, 2024 | MATTHEW MCDONAGH cashes BECU check number 10268 for $20,000, causing information to travel from a BECU branch located within the Western District of Washington to a server located in another state. |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 4 above are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offenses in Counts 1 through 4, PATRICK MCDONAGH and MATTHEW MCDONAGH shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes, or is derived from, proceeds traceable to the offense. This property includes, but is not limited to, a sum of money reflecting the proceeds the defendant obtained from the offense.

Indictment - 8
United States v. McDonagh
USAO No. 2024R00360

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 7/17/24

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

FOREPERSON

TESSA M. GORMAN
Acting United States Attorney

SETH WILKINSON
Assistant United States Attorney

LAUREN WATTS STANIAR
Assistant United States Attorney

Indictment - 9
*United States v. McDonagh*
USAO No. 2024R00360

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970