# Defendant Status Sheet
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: PATRICK MCDONAGH <br><br> Is there already a charging document filed for this defendant for this case in this district? <br><br> ☒ Yes ☐ No   If yes: Complaint <br><br> If yes, please enter the cause number below: <br><br> CR Enter CR Cause Number here.   or   MJ24-410 MLP <br><br> Has the Defendant had an initial appearance in this case in this district?   ☒ Yes ☐ No |
| **Defendant Location** | ☒ At the FDC under the cause number indicated above. <br> ☐ At the FDC under a different cause number: Enter different cause number here. <br> ☐ In custody under this cause number in another District: Enter other District here. <br> ☐ In custody (different cause number) in another District: Enter other info here. <br> ☐ In local custody: Enter local jurisdiction here. <br> ☐ In the community on supervision under cause number: Enter cause number here. <br> ☐ At large. <br> ☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release <br> ☒ Continue Detention <br> ☐ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date. |
| **Arraignment** | ☐ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*). <br> ☐ Summons to be issued for: Click or tap to enter a date. <br>   ☐ Defendant Address: Click or tap here to enter text. <br> ☒ Letter to defense counsel for appearance on: 7/25/2024 <br>   ☐ Defense Counsel name and address: COLLEEN PECHMAN FITZHARRIS, Federal Public Defender's Office (SEA), 1601 5th Ave Ste 700 Westlake Center Office Tower, Seattle, WA 98101 |
| **Trial** | Estimated trial length (days): Five (5) Days |

# Defendant Status Sheet
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: MATTHEW MCDONAGH <br><br> Is there already a charging document filed for this defendant for this case in this district? <br><br> ☒ Yes   ☐ No       If yes: Complaint <br><br> If yes, please enter the cause number below: <br><br>     CR <u>Enter CR Cause Number here.</u>   or   <u>MJ24-410 MLP</u> <br><br> Has the Defendant had an initial appearance in this case in this district?   ☒ Yes   ☐ No |
| **Defendant Location** | ☒ At the FDC under the cause number indicated above. <br><br> ☐ At the FDC under a different cause number: Enter different cause number here. <br><br> ☐ In custody under this cause number in another District: <u>Enter other District here.</u> <br><br> ☐ In custody (different cause number) in another District: <u>Enter other info here.</u> <br><br> ☐ In local custody: <u>Enter local jurisdiction here.</u> <br><br> ☐ In the community on supervision under cause number: <u>Enter cause number here.</u> <br><br> ☐ At large. <br><br> ☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release <br><br> ☒ Continue Detention <br><br> ☐ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date. |
| **Arraignment** | ☐ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*). <br><br> ☐ Summons to be issued for: Click or tap to enter a date. <br><br>     ☐ Defendant Address: <u>Click or tap here to enter text.</u> <br><br> ☒ Letter to defense counsel for appearance on: 7/25/2024 <br><br>     ☐ Defense Counsel name and address: RALPH HURVITZ, PO Box 25642, Seattle, WA 98165 |
| **Trial** | Estimated trial length (days): Five (5) Days |